UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Mousa Adam Camara,

Petitioner,

v.

Edward Voorhies, Warden, *et al.*,

Respondents.

Case No. 4:26-cv-1962

ORDER

Before me is the September 16, 2026 Report and Recommendation of Magistrate Judge Jennifer Dowdell Armstrong, recommending I grant in part Petitioner Mousa Adam Camara's petition for a writ of habeas corpus under 28 U.S.C. § 2241. (Doc. No. 5).

Under the relevant statute, "[w]ithin fourteen days after being served with a copy, any party may serve and file written objections to such proposed findings and recommendations as provided by rules of court." 28 U.S.C. § 636(b)(1); *United States v. Walters,* 638 F.2d 947, 949 (6th Cir. 1981). The deadline to file objections was July 29, 2026. No party has filed objections and that deadline has passed.

The failure to file written objections to the Magistrate Judge's Report and Recommendation constitutes a waiver of a determination by the district court of an issue covered in the report. *Thomas v. Arn,* 728 F.2d 813, 815 (6th Cir. 1984), *aff'd,* 474 U.S. 140 (1985); *see also Walters,* 638 F.2d at 950; *Smith v. Detroit Fed'n of Teachers, Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987) ("[O]nly those specific objections to the magistrate's report made to the district court will be preserved for appellate review").

Following my review of the Magistrate Judge's Report and Recommendation, I accept Judge Armstrong's recommendation and order Respondents, if they have not already done so, to provide Camara with an individualized bond hearing before an immigration judge within 10 days of the date of this Memorandum Opinion and Order, or to immediately release Camara. Respondents' motion to dismiss, (Doc. No. 4), is granted as to Camara's Administrative Procedures Act claim, and denied as to the remainder of the motion.

So Ordered.

s/ Jeffrey J. Helmick
United States District Judge